949 A.2d 885

**C.V., a minor, and D.R., Individually and in her capacity as Parent and Natural Guardian of C.V.,**

**v.**

**A.C., a minor and C.C., Individually and in her capacity as Parent and Natural Guardian of A.C.**

**v.**

**John B. Stetson Middle School, Edison Schools, Inc., and School District of Philadelphia,**

**Petition of Edison Schools, Inc.**

Supreme Court of Pennsylvania.

June 20, 2008.

50

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2008, Edison School, Inc.'s Emergency Petitions filed June 13, 2008, are **DENIED** and the Commonwealth Court order entered June 12, 2008, denying the stay and quashing the appeal is **AFFIRMED.**